## JOHNSON & JOHNSTON ASSOCIATES INC., Plaintiff–Appellee,

v.

## R.E. SERVICE CO., INC. and Mark Frater, Defendants–Appellants

No. 99–1076, 99–1179, 99–1180.

United States Court of Appeals, Federal Circuit.

July 16, 2001.

Donald R. Dunner, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., of Washington, DC, for plaintiff-appellee. Of counsel were Thomas H. Jenkins, and Virginia L. Carron. Also of counsel were Fay E. Morisseau, and Michael R. O'Neill, McDermott, Will & Emery, of Irvine, California; Matthew F. Weil, Howard, Rice, Nemerovski, Canady, Falk & Rabkin, of Newport Beach, California; and John L. DuPre', Richard A. Wise, and Deirdre E. Sanders, Hamilton, Brook, Smith & Reynolds, P.C., of Lexington, Massachusetts.

Frank P. Porcelli, Fish & Richardson, P.C., of Boston, Massachusetts, for defendants-appellants. Of counsel were Robert E. Hillman, of Boston, Massachusetts, and John Andrew Dragseth, and Richard J. Anderson, of Minneapolis, Minnesota. Also of counsel were Archie S. Robinson, Thomas R. Fellows, Rebecca L. Moon, and Jack M. Wiseman, Robinson & Wood, Inc., of San Jose, California.

Charles L. Gholz, Oblon, Spivak, McClelland, Maier & Neustadt, P.C., of Arlington, Virginia, for amicus curiae The Standard Register Company. Of counsel were William T. Enos, Frank J. West, and Andrew M. Ollis.

Joseph S. Cianfrani, Knobbe, Martens, Olson & Bear, LLP, of Newport Beach, California for amicus curiae American Intellectual Property Law Association. Of counsel were Janice M. Mueller, Associate Professor, The John Marshall Law School, of Chicago, Illinois; and Liza K. Toth, General IP Counsel, Matrix Semiconductor, Inc., of Santa Clara, California.

Martha W. Barnett, President, American Bar Association, of Chicago, Illinois, for amicus curiae American Bar Association. Of counsel were E. Anthony Figg, and Jason M. Shapiro.

Before MAYER, Chief Judge, PAULINE NEWMAN, Circuit Judge, ARCHER, Senior Circuit Judge, MICHEL, LOURIE, CLEVENGER, RADER, SCHALL, BRYSON, GAJARSA, LINN, and DYK, Circuit Judges.

### ORDER

IT IS ORDERED THAT:

(1) This appeal is scheduled for oral argument on Wednesday, October 3, 2001, at 10:00 a.m. in Courtroom 201.

(2) Counsel for each side shall have 30 minutes to argue their case.

(3) Counsel shall provide the clerk with the names of the arguing attorneys no later than September 10, 2001.